IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HECTOR MANUEL ALVAREZ PEREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:26-cv-1592-K-BN |
| | § | |
| WARDEN, PRAIRIELAND | § | |
| DETENTION CENTER, ET AL., | § | |
| | § | |
| Respondents. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should deny Petitioner Hector Manuel Alvarez Perez's emergency motion for temporary restraining order [Dkt. No. 4] and emergency motion to expedite proceedings [Dkt. No. 5]. *See* Dkt. No. 8.

No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [Dkt. No. 8]. Therefore, the Court DENIES Petitioner Hector Manuel Alvarez Perez's emergency motion for temporary restraining order [Dkt. No. 4] and emergency motion to expedite proceedings [Dkt. No. 5].

SO ORDERED.

Signed June 15th, 2026.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE